IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **CHAU NGUYEN**, and **CAO H. MAC**, *individually and on behalf of all others similarly situated*, | § § § § |
| *Plaintiffs*, | § § |
| v. | §   **CIVIL ACTION NO. 4:22-CV-02358** |
| **AMERIPACK SOLUTION, LLC** d/b/a **FOAM PAK** a/k/a **FOAM PAK US**, | § § § § § |
| *Defendant*. | § |

## COMPLAINT

Plaintiffs Chau Nguyen and Cao H. Mac, individually and on behalf of all other similarly situated employees, bring this Complaint against Ameripack Solution, LLC d/b/a Foam Pak US, for recovery of unpaid overtime compensation. In support hereof, Plaintiffs state as follows:

### I. PARTIES

1. Plaintiff Chau Nguyen is a citizen and resident of the State of Texas who was formerly employed by Defendant.

2. Plaintiff Cao H. Mac is a citizen and resident of the State of Texas who is currently employed by Defendant.

3. Defendant Ameripack Solution, LLC d/b/a Foam Pak a/k/a Foam Pak US is a limited liability company organized under the laws of the State of Texas and doing business in Harris County, Texas.

### II. JURISDICTION & VENUE

4. The Court has subject matter jurisdiction over this dispute because this action arises under federal law, namely, the Fair Labor Standards Act, 29 U.S.C. § 216(b).

5. Venue is proper in this District because the acts or omissions giving rise to this dispute occurred within the geographic boundaries of the Court.

### III.   FACTS

**A.   Plaintiffs**

6. Plaintiff Chau Nguyen was employed as one of several and machinists and packers in Defendant's foam and plastic product manufacturing facility from 2011 until May 2022. She operated industrial machinery and packed the resulting styrofoam products. She was paid by the hour.

7. Ms. Nguyen, like other packers employed by Defendant, regularly worked in excess of 40 hours per week during her entire tenure with the company but, despite not being exempt from the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 216 *et seq.* ("FLSA"), she was not paid the required overtime premium for her hours worked in excess of 40 each work week.

8. Plaintiff Cao H. Mac has been employed as one of several shipping/receiving clerks and machinists in Defendant's foam and plastic product manufacturing facility from 2011 to present. He is paid a monthly salary.

9. Mr. Mac's regular schedule is 10:00 a.m. to 11:00 p.m., Sunday through Friday. He, like other shipping/receiving clerks and machinists employed by Defendant, regularly worked in excess of 40 hours per work week. However, despite not being exempt from the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 216 *et seq.* ("FLSA"), he was not paid the required overtime premium for his hours worked in excess of 40 each work week.

**B.   Collective Action Members**

10. The putative Collective Action members are all current or former employees of

Defendant within the three years preceding this Complaint who are/were working as machinist, packer, or shipping/receiving clerk and who worked in excess of 40 hours per work week but were not paid the required overtime premium for such work hours.

11. Plaintiffs and the putative Collective Action members are similarly situated under Section 216(b) of the FLSA.

**C.     Defendant**

12. During all relevant time periods, Defendant has been an enterprise engaged in interstate commerce that employed and continues to employ two or more employees who were engaged in interstate commerce including by manufacturing goods for use in interstate commerce.

13. During all relevant time periods, Defendant had an annual gross revenue in excess of $500,000.

## IV.     CAUSE OF ACTION

14. Plaintiffs adopt and incorporate by reference the foregoing paragraphs as if fully restated herein.

15. During the three-year time period preceding this Complaint, Plaintiffs were employed in non-exempt positions with Defendant.

16. Defendant is a covered employer under the FLSA.

17. During their employment, Plaintiffs worked in excess of 40 hours per work week.

18. However, despite being entitled to overtime compensation under the FLSA, Defendant paid each Plaintiff the same "straight-time" rate for all hours worked by each Plaintiff rather than the "time-and-a-half" overtime premium required by the FLSA.

19. It was and is Defendant's policy, pattern, and/or practice not to pay its non-exempt employees overtime compensation for the hours they worked in excess of 40 each work week.

This includes Defendant's other packers, shipping/receiving clerks, and machinists all of whom are similarly situated to Plaintiffs and to each other.

20. Defendant failed to maintain and preserve payroll records which accurately reflect the total hours worked by Plaintiff and the Collective Action Members.

21. Defendant has intentionally, willfully, and repeatedly failed and refused to properly compensate its non-exempt employees, including Plaintiffs and the Collective Action Members entitling them to recovery for the three-year period preceding the date of this Complaint.

22. Accordingly, Plaintiffs and the Collective Action Member have suffered damages in an amount to be proven at trial.

## V.   DEMAND FOR JURY

23. Plaintiffs demand a trial by jury of all matters triable thereto.

## IV.   PRAYER

24. Plaintiffs, individually and on behalf of all similarly-situated individuals, requests that the Court issue summons for Defendant to appear and answer, conditionally certify and permit the issuance of notice to all members of the Collective Action, and issue judgment in favor of Plaintiffs and the Collective Action Members awarding them:

(a) Unpaid wages as provided by the FLSA;

(b) Liquidated damages as provided by the FLSA:

(c) Attorneys' fees;

(d) Costs;

(e) Post-judgment interest; and

(f) All other relief to which Plaintiffs and the Collective Action Members show themselves justly entitled.

Respectfully submitted,

**LANG & ASSOCIATES, PLLC**

*/s/ Shannon A. Lang*
Shannon A. Lang
Texas Bar No. 24070103
Fed. ID No. 1103165
shannon.lang@shannonlanglaw.com
Jessica Hughes
Texas Bar No. 24076451
Fed ID No. 3315050
jessica.hughes@shannonlanglaw.com
1903 Vermont Street
Houston, Texas  77019
(832) 479-9400 tel.
(832) 479-9421 fax

***Attorneys for Plaintiffs***
***Chau Nguyen*** *and* ***Cao H. Mac***