United States District Court
Southern District of Texas
**ENTERED**
February 07, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **CHAU NGUYEN**, and **CAO H. MAC**, *individually and on behalf of all others similarly situated*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **AMERIPACK SOLUTION, LLC** d/b/a **FOAM PAK** a/k/a **FOAM PAK US**, <br><br> *Defendant*. | § § § § § § § § § § § § § § **CIVIL ACTION NO. 4:22-CV-02358** |

ORDER GRANTING
<u>**STIPULATION OF DISMISSAL**</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Chau Nguyen and Cano H. Mac and Defendant Ameripack Solution, LLC d/b/a Foam Pak a/k/a Foam Pak US, hereby DISMISS WITH PREJUDICE all claim asserted in the above-captioned action.

Respectfully submitted,

**LANG & ASSOCIATES, PLLC**

*/s/ Shannon A. Lang*
Shannon A. Lang
Texas Bar No. 24070103
Fed. ID No. 1103165
shannon.lang@shannonlanglaw.com
Jessica Hughes
Texas Bar No. 24076451
Fed ID No. 3315050
jessica.hughes@shannonlanglaw.com
1903 Vermont Street
Houston, Texas  77019
(832) 479-9400 tel.
(832) 479-9421 fax

*Attorneys for Plaintiffs*
*Chau Nguyen* and *Cao H. Mac*

*/s/ Yaou Li* (w/p)
Yaou Li
Texas Bar No. 24102093
Fed ID No. 3435471
yli@mp-lg.com
Henna Ghafoor
Texas Bar No. 24079867
Fed ID No. 2258471
hghafoor@mp-lg.com
**MOSAIC PARADIGM LAW GROUP**
10370 Richmond Avenue, Suite 850
Houston, Texas  77042
(281) 805-7169 tel.
(281) 805-7172 fax

***Attorneys for Defendant Ameripack Solution, LLC d/b/a Foam Pak a/k/a Foam Pak US***

IT IS SO ORDERED on this 7th day of February, 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

2